# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHARLES BUCKLES, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>NAVIGATE360, LLC, doing business as P3 GLOBAL INTEL,<br><br>          Defendant. | Civil Action No.  5:26-cv-00760<br><br>District Judge:  Sara Lioi<br><br>Class Action |

## DEFENDANT'S ANSWER TO PLAINTIFF'S CLASS-ACTION COMPLAINT

On April 15, 2026, Plaintiff filed, without Defendant's objection, a Joint Motion to Consolidate Related Actions, Appoint Interim Lead Counsel, and Set a Schedule for Forthcoming Pleadings and Briefing, Doc. No. 7 (the "Motion").  Defendant Navigate360, LLC, doing business as P3 Global Intel ("Navigate360"), does not oppose that request, and agrees to the requested schedule but files this answer given its deadline to respond to Plaintiff's Class-Action Complaint (the "Complaint") while the Court considers the Motion.  Navigate360 files this answer to comply with its response deadline and avoid the issuance of a default judgment. Navigate360 reserves the right to move for judgment on the pleadings on the Complaint. Should the Court grant the Motion, Navigate360 will move, answer, or otherwise respond to the Consolidated Amended Complaint in accordance with the schedule set by the Court.

Navigate360, by and through its attorneys, Jones Day, as and for their answer (the "Answer") to the allegations contained in the Complaint, dated March 30, 2026, Doc. No. 1, hereby pleads as follows:

### INTRODUCTION

1.      Denied

2.      Denied

3.      Denied

4.      Navigate360 admits that it is subject to various duties and obligations and denies violating the same.

5.      Denied

6.      Denied

7.      Denied

8.      Denied

9.      Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 and therefore denies the same.

10.      Denied

11.      Navigate360 denies the first sentence of Paragraph 11. Navigate360 otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 and therefore denies the same.

12.      Navigate360 admits that Plaintiff purports to bring this action on behalf of others. Navigate360 denies the remaining allegation in Paragraph 12.

13.      Navigate360 admits that the Complaint purports to bring claims for negligence, unjust enrichment, and breach of implied contract. Navigate360 denies liability as to each claim and further denies that it is liable to Plaintiff for any alleged damages.

14.      Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and therefore denies the same.

**PARTIES**

15. Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 and therefore denies the same.

16. Admitted

**JURISDICTION AND VENUE**

17. The Class Action Fairness Act speaks for itself. Navigate360 otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and therefore denies the same.

18. Admitted

19. Admitted

**FACTUAL ALLEGATIONS**

20. Admitted

21. Denied

22. Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and therefore denies the same.

23. Navigate360 admits that it is subject to various obligations under federal and state laws relating to information security. Navigate360 otherwise denies the allegations in Paragraph 23.

24. Denied

25. Denied

26. Denied

27. Denied

28. Denied

29.     Denied

30.     The document cited in Footnote 6 speaks for itself, and Paragraph 30 is denied as it purports to paraphrase this document.

31.     The document cited in Footnote 7 speaks for itself, and Paragraph 31 is denied as it purports to paraphrase this document.

32.     Denied

33.     The document cited in Footnote 8 speaks for itself, and Paragraph 33 is denied as it purports to paraphrase this document.

34.     Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and therefore denies the same.

35.     Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and therefore denies the same.

36.     Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and therefore denies the same.

37.     The document cited in Footnote 9 speaks for itself, and Paragraph 37 is denied as it purports to quote and paraphrase this document.

38.     The documents cited in Footnotes 10 and 11 speak for themselves, and Paragraph 38 is denied as it purports to quote and paraphrase these documents.

39.     The documents cited in Footnotes 12 and 13 speak for themselves, and Paragraph 39 is denied as it purports to quote and paraphrase these documents.

40.     The document cited in Footnote 14 speaks for itself, and Paragraph 40 is denied as it purports to quote and paraphrase this document.

41.     The document cited in Footnote 15 speaks for itself, and Paragraph 41 is denied

as it purports to quote and paraphrase this document.

42.     Denied

43.     Denied

44.     Denied

45.     Denied

46.     Denied

47.     Denied

48.     Denied

49.     Denied

50.     Denied

51.     Denied

52.     Denied

53.     The document cited in Footnote 17 speaks for itself, and Paragraph 53 is denied as it purports to quote and paraphrase this document.

54.     The document cited in Footnote 18 speaks for itself, and Paragraph 54 is denied as it purports to quote and paraphrase this document.

55.     The document cited in Footnote 19 speaks for itself, and Paragraph 55 is denied as it purports to quote and paraphrase this document.

56.     The document cited in Footnote 20 speaks for itself, and Paragraph 56 is denied as it purports to quote and paraphrase this document.

57.     The case and regulation cited in Paragraph 57 speak for themselves, and Paragraph 57 is denied as it purports to quote and paraphrase those sources.

58.     The guideline cited in Paragraph 58 speaks for itself, and Paragraph 58 is denied

as it purports to quote and paraphrase that source.

59.     Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and therefore denies the same.

60.     Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and therefore denies the same.

61.     Denied

62.     Navigate360 admits that it is subject to various obligations under federal and state laws relating to information security.  Navigate360 otherwise denies the allegations in Paragraph 62.

63.     Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and therefore denies the same.

64.     Denied

65.     Denied

66.     Denied

67.     Denied

68.     Denied

69.     Denied

70.     Denied

71.     The document cited in Footnote 21 speaks for itself, and Paragraph 71 is denied as it purports to quote and paraphrase this document.

72.     Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and therefore denies the same.

73.     Navigate360 lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in Paragraph 73 and therefore denies the same.

74. Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and therefore denies the same.

75. Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and therefore denies the same.

76. Navigate360 denies that it "direct[ed]" Plaintiff how to spend their time. Navigate360 otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and therefore denies the same.

77. Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and therefore denies the same.

78. The document cited in Footnote 22 speaks for itself, and Paragraph 78 is denied as it purports to quote and paraphrase this document.

79. The document cited in Footnote 23 speaks for itself, and Paragraph 79 is denied as it purports to quote and paraphrase this document.

80. Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and therefore denies the same.

81. Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and therefore denies the same.

82. Denied

83. Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and therefore denies the same.

84. Denied

85. Denied

86.     Denied

87.     Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and therefore denies the same.

88.     Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and therefore denies the same.

89.     Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and therefore denies the same.

90.     Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and therefore denies the same.

91.     Denied

92.     Denied

**93.**     Denied

### CLASS ALLEGATIONS

94.     A response to Paragraph 94 is not required because the allegations contained therein are statements of law.  Navigate360 denies that the allegations contained in Paragraph 94 will support certification of the proposed classes.

95.     A response to Paragraph 95 is not required because the allegations contained therein are statements of law.  Navigate360 denies that the allegations contained in Paragraph 95 will support certification of the proposed classes.

96.     A response to Paragraph 96 is not required because the allegations contained therein are statements of law.  Navigate360 denies that the allegations contained in Paragraph 96 will support certification of the proposed classes.

97.     Denied

98.     Denied. Navigate360 further denies that the allegations contained in Paragraph 98 will support certification of the proposed classes.

99.     Denied. Navigate360 further denies that the allegations contained in Paragraph 99 will support certification of the proposed classes.

100.     Denied. Navigate360 further denies that the allegations contained in Paragraph 100 will support certification of the proposed classes.

101.     Denied. Navigate360 further denies that the allegations contained in Paragraph 101 will support certification of the proposed classes.

102.     Denied. Navigate360 further denies that the allegations contained in Paragraph 102 will support certification of the proposed classes.

103.     Denied. Navigate360 further denies that the allegations contained in Paragraph 103 will support certification of the proposed classes.

104.     Denied. Navigate360 further denies that the allegations contained in Paragraph 104 will support certification of the proposed classes.

105.     Denied. Navigate360 further denies that the allegations contained in Paragraph 105 will support certification of the proposed classes.

106.     Denied. Navigate360 further denies that the allegations contained in Paragraph 106 will support certification of the proposed classes.

## CAUSES OF ACTION

### COUNT I
### NEGLIGENCE
**(On Behalf of Plaintiff and the Class)**

107.     Navigate360 incorporates by reference its responses to the allegations contained in Paragraphs 1 through 106 as if set forth fully herein.

108. Admitted

109. Denied

110. Denied

111. Denied

112. Denied

113. Denied

114. Denied

115. Denied

116. Denied

117. Denied

118. Denied

119. Denied

120. Denied

121. Denied

122. Denied

123. Denied

124. Denied

125. Denied

126. Denied

**COUNT II**
**UNJUST ENRICHMENT**
**(On Behalf of Plaintiff and the Class)**

127. Navigate360 incorporates by reference its responses to the allegations contained in Paragraphs 1 through 106 as if set forth fully herein.

128.    Denied

129.    Denied

130.    Denied

131.    Denied

**COUNT III**
**BREACH OF IMPLIED CONTRACT**
**(On Behalf of Plaintiff and the Class)**

132.    Navigate360 incorporates by reference its responses to the allegations contained in Paragraphs 1 through 106 as if set forth fully herein.

133.    Denied

134.    Denied

135.    Denied

136.    Denied

137.    Denied

138.    Denied

139.    Denied

140.    Denied

141.    Denied

142.    Navigate360 lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 and therefore denies the same.

143.    Denied

144.    Denied

145.    Denied

## PRAYER FOR RELIEF

Navigate360 denies that Plaintiff, and others similarly situated, are entitled to the relief provided under the "WHEREFORE" paragraph.

## AFFIRMATIVE AND OTHER DEFENSES

Without assuming the burden of proof on any defenses for which the burden rests upon Plaintiff, regardless of how such defenses are denominated herein, and without waiving defenses not raised below that it need not plead at this time, Navigate360 asserts the following defenses with respect to the Complaint. Navigate360 reserves the right to amend this Answer if additional defenses, counterclaims, or third-party claims become apparent through the course of this action.

### First Affirmative Defense

1. Plaintiff fails to state a claim against Navigate360 upon which relief may be granted.

### Second Affirmative Defense

2. This Court lacks subject matter jurisdiction over each of the claims asserted in Plaintiff's Complaint because Plaintiff has not suffered a harm sufficient to confer Article III standing.

### Third Affirmative Defense

3. Plaintiff's alleged harms are purely economic, and thus Plaintiff's tort claims are barred by the economic loss doctrine.

### Fourth Affirmative Defense

4. Plaintiff did not suffer any compensable damages and is not otherwise entitled to monetary relief as a result of any action taken or omission by Navigate360.

### Fifth Affirmative Defense

-12-

5. Plaintiff's claims against Navigate360 are barred, in whole or in part, because Navigate360 did not breach any of its purported duties alleged in the Complaint, whether imposed by contract, statute, or common law, if at all, and Navigate360's conduct did not, directly or indirectly, constitute unlawful acts.

### Sixth Affirmative Defense

6. To the extent Plaintiff seeks equitable relief against Navigate360, Plaintiff is not entitled to such relief because Plaintiff has an adequate remedy at law.

### Seventh Affirmative Defense

7. Any purported damages allegedly suffered by Plaintiff were the result of the acts or omissions of third persons over whom Navigate360 had neither control nor responsibility.

### Eighth Affirmative Defense

8. Plaintiff and putative class members have failed to mitigate their damages.

### Ninth Affirmative Defense

9. The injuries, if any, alleged to have been sustained by the Plaintiff were caused, in whole or in part, by the conduct of Plaintiff, and the amount of damages otherwise recoverable must be diminished by the proportion which Plaintiff's conduct bears to the alleged conduct which allegedly caused Plaintiff's damages.

### Tenth Affirmative Defense

10. Plaintiff's claims are barred by the doctrine of unclean hands or in pari delicto.

### Eleventh Affirmative Defense

11. Plaintiff's claims set forth in the Complaint are barred, in whole or in part, to the extent that any claim or relief sought is moot.

### Twelfth Affirmative Defense

12. Plaintiff's claims set forth in the Complaint are barred, in whole or in part, by the doctrine of waiver.

## Thirteenth Affirmative Defense

13. To the extent Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Navigate360 was not a proximate cause of the alleged injuries.

## Fourteenth Affirmative Defense

14. The allegations contained in Plaintiff's Complaint do not allege facts sufficient to show consideration supporting Plaintiff's contractual claim, and thus Plaintiff's contractual claims are barred.

## Fifteenth Affirmative Defense

15. Plaintiff's claims set forth in the Complaint are barred by the doctrine of laches.

## Sixteenth Affirmative Defense

16. Plaintiff's claims set forth in the Complaint are barred by the applicable statutes of limitations.

## Seventeenth Affirmative Defense

17. Navigate360 reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

Dated: April 22, 2026                                        JONES DAY


                                                   By: */s/ Corey A. Lee*
                                                        Corey A. Lee, Bar No. 99866
                                                        calee@jonesday.com
                                                        Vito R. Giannola, Bar No. 100308
                                                        vgiannola@jonesday.com
                                                        North Point
                                                        901 Lakeside Avenue
                                                        Cleveland, OH  44114.1190
                                                        Telephone:  +1.216.586.3939
                                                        Facsimile:  +1.216.579.0212

                                                   Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 22, 2026, a true and correct copy of the foregoing was electronically filed through the Court's Electronic Case Filing System (CM/ECF) which will provide notice to all registered parties.

/s/ Corey A. Lee
Corey A. Lee